# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 FEB 12 AM 10: 28
CLERK
DIST. OF GA

| | |
|---|---|
| MUSTAFE SHARMARKE,  Petitioner,  v.  PATRICK GARTLAND,  Respondent. | CIVIL ACTION NO.: 5:17-cv-154 |

## ORDER

Presently before the Court is the Magistrate Judge's January 17, 2018, Report and Recommendation, dkt. no. 12, to which Petitioner Mustafe Sharmarke ("Sharmarke") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES without prejudice** Sharmarke's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Sharmarke leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this \_\_12\_\_ day of \_\_February\_\_, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA